Plaintiff's Exhibit 1

| | |
|---|---|
| **From:** | 784v76-bgiereeenma5s@guerrillamail.com |
| **Sent:** | Friday, April 07, 2017 3:03 AM |
| **To:** | |
| **Subject:** | President Position Bloomsburg |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

It is our understanding that Dr. Bashar Hanna has applied for the position of President at Bloomsburg University. As unionized faculty members involved in various committees and daily interaction with Bashar Hanna, we come together to urge you NOT TO consider this person for President, or ANY position for that matter.

In his last position at Delaware Valley University as Vice President for Academic Affairs and Dean of the Faculty, Bashar was generally prejudiced and confrontational to faculty and staff, but particularly towards female faculty and focused on females that held Administrative roles.

To other males, Bashar routinely talks negatively about women and jokes about the varying lifestyles they may have chosen. Before, as well as after the current President's arrival, he was very opinionated and very critical about her lifestyle which he routinely voiced to Cabinet personnel and others that might be considered at his management level or who he though entertained similar beliefs as his.

He was required to take an Anger Management course while at DVU after inflicting severe and long-lasting mental damage to several that he interacted with. While at Temple University he was also officially reprimanded for similar behavior.

To give you some sort of professionalism Bashar routinely exhibits, while in executive meetings, he throws pens and pencils around the room, or resorts to ridicule, when people don't agree or support his position. Retribution typically continues for weeks and months later.

Whatever accolades that are put forward either for or by Bashar Hanna, we urge the Search Committee to research and speak with those from previous employment. Some of the things we uncovered, unfortunately after-the-fact of his hiring, by reaching out to faculty at these institutions are listed below.

While Dean of the College of Liberal Arts and Sciences at Kutztown University of Pennsylvania his remaining contract was bought out when he was requested to leave after exhibiting confrontational behavior to the newly elected President.

He was asked to resign from his position as associate provost at Ithaca College in Ithaca, N.Y. (unknown reasons) and left before formal action was taken.

Bashar was one of three top executive positions at Delaware Valley University criticized by the Board of Trustees for questionable activities and actions. As a result, the President, and the Chief Financial Officer have already been replaced with Bashar falling back to a contractual semester Sabbatical at full executive salary (currently publicly reported to be approximately $250k salary not including perks) and a 12 hour credit load for the next 12 months at his full $250k executive salary

Along with former President Joseph Brosnan, he was despised by the faculty, and responsible for the University wide low morale of both faculty and staff.

As an added note; the search firm RPA has the ousted former President Joseph Brosnan as Senior Consultant of the executive search and consulting firm, RPA, Inc., the same firm that recommended his hiring at DVU. We would advise scrutiny using this search firm where Joseph Brosnan is involved.

We urge you once again not to consider his application and if there are any questions about the validity of these claims please feel free to contact faculty, staff or our union Representatives at Delaware Valley University.