# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY KRUG, | No. 4:18-CV-01669 |
| Plaintiff, | (Judge Brann) |
| v. | |
| BLOOMSBURG UNIVERSITY, PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, BASHAR HANNA and JAMES KRAUSE, | |
| Defendants. | |

## ORDER

### JUNE 18, 2019

In accordance with the telephonic status conference held on June 11, 2019, **IT IS HEREBY ORDERED** that:

1. To assist the Court in resolving the discovery dispute set forth in the Defendants' correspondence to the Court, ECF No. 44. Defendants shall file a motion for protective order and accompanying brief in support on or before June 25, 2019. Plaintiff may submit a brief in opposition on or before July 9, 2019.

2. All case management deadlines set forth in the Court's November 28, 2018 Order, ECF No. 14, shall be held in abeyance pending resolution of the instant discovery dispute.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge