### 1IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | | No. 4:18-CV-01669 |
| Plaintiff, | | (Judge Brann) |
| v. | | |
| BLOOMSBURG UNIVERSITY, et al., | | |
| Defendants. | | |

### ORDER

### AUGUST 1, 2019

Upon consideration of Defendants' Motion for Protective Order, ECF No. 49, and Plaintiff's Cross-Motion to Compel, ECF No. 51, **IT HEREBY ORDERED** as follows:

1. Because Federal Rule of Civil Procedure 26(c) empowers this Court to issue protective orders for good cause shown to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," and because Defendants' have demonstrated such good cause exists to prevent public disclosure of personnel files and internal investigatory documents of employees of Bloomsburg University and/or the Pennsylvania State System of Higher Education, *see, e.g., Upshaw v. Janssen Research & Development, LLC*, No. 11–7574, 2014 WL

1244047, at \*3 (E.D.Pa. Mar. 26, 2014); *Jones v. DeRosa*, 238 F.R.D. 157, 163-64 (D.N.J. 2006), Defendants' Motion for Protective Order, ECF No. 49, is **GRANTED**. Personnel files and internal investigatory documents produced by Defendants in the course of this litigation **SHALL REMAIN CONFIDENTIAL** and **SHALL NOT BE USED OUTSIDE THE SCOPE OF THIS LITIGATION.**

2. Plaintiff's Cross-Motion to Compel, ECF No. 51, is **GRANTED IN PART**.  Defendants, in accordance with their obligations under the Federal Rules of Civil Procedure and subject to the confidentiality imposed by Order, **SHALL PRODUCE** the documents that have been requested by Plaintiff and **SHALL PRODUCE** a revised privilege log. Plaintiff's Cross-Motion to Compel is otherwise **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge