# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | : | Civil No. 4:18-CV-01669 |
| Plaintiff, | : | |
| v. | : | |
| BLOOMSBURG UNIVERSITY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of January, 2021, by agreement of the parties and as discussed during the status conference on today's date, **IT IS ORDERED THAT** the parties' request to extend case management deadlines is **GRANTED**. The original case management order (Doc. 62) is confirmed, except with respect to the amended case management deadlines as follows:

| | |
|---|---|
| Status conference: | April 28, 2021 at 10:00 a.m. |
| Fact discovery: | May 28, 2021 |
| Dispositive motions and supporting briefs: | June 30, 2021 |
| Plaintiff's expert reports: | June 30, 2021 |
| Defendant's expert reports: | August 6, 2021 |
| Supplemental and rebuttal expert reports: | August 20, 2021 |
| Expert discovery: | September 17, 2021 |
| Motions in limine and supporting briefs: | October 6, 2021 |
| Pretrial memoranda: | November 3, 2021 |
| Proposed voir dire and jury instructions: | November 3, 2021 |
| Final pretrial conference: | November 17, 2021 at 1:00 p.m. |
| Trial: | December 6, 2021 at 9:30 a.m. |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania