## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | : | |
| **Plaintiff** | : | |
| | : | **No. 4:18-CV-1669** |
| v. | : | |
| | : | **Judge Wilson** |
| BLOOMSBURG UNIVERSITY, | : | |
| PENNSYLVANIA STATE SYSTEM | : | **Electronically Filed Document** |
| OF HIGHER EDUCATION, | : | |
| BASHAR HANNA *and* JAMES | : | *Complaint Filed 08/22/18* |
| KRAUSE, | : | |
| | : | |
| **Defendants** | : | |

## <u>DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS</u>

AND NOW, come the Defendants, Bloomsburg University, PASSHE,

Hanna, and Krause, and file the herein Proposed Voir Dire Questions, as follows.

      1.     Have you, a member of your family, or a close friend been a party to a lawsuit?

      a.     If so, what kind of lawsuit?

      b.     Which party were you, your family member, or your close friend?

      c.     What was the outcome of the suit?

      2.     Have you, a member of your family, or a close friend been discriminated against because of your race, sex, including sexual harassment, or national origin?

      a.     If so, who experienced the discrimination?

      b.     What was the nature of the discrimination?

      c.     What action did you, your family member, or your close friend take as a result of the discrimination?

3. Have you, a family member, or a close friend been subjected to retaliation at work for making a complaint of misconduct?
   a. If so, who experienced the retaliation?
   b. What action did you, your family member, or your close friend take as a result of the retaliation?
   c. What action, if any, did the employer take?


4. Have you, a member of your family, or a close friend been disciplined by an employer or supervisor?
   a. What reason was given for the discipline?
   b. Did you, your family member, or close friend challenge the discipline in any way?
   c. What was the result of the challenge?


5. Have you, a family member, or a close friend ever been terminated from a job?
   a. What reason was given?
   b. Did you, your family member, or close friend challenge the termination?
   c. What was the result of the challenge?


6. Do you believe that a person's rights have been violated simply because he/she has filed a lawsuit claiming a violation?


7. Have you, any member of your family, or a close friend ever failed to get a job or promotion that you or he/she felt qualified for?
   a. Who experienced this?
   b. Would this experience affect your ability to be fair and impartial in this case?


8. Do you believe a person is entitled to damages simply because they have filed a lawsuit and the case has been brought to trial?


9. Do you believe a person is entitled to damages whenever they have suffered a loss regardless of whether his/her employer has engaged in illegal conduct?


10. Do you think that if someone is terminated from a job, it must have been for some retaliatory motive?

Respectfully submitted,

**MICHELLE A. HENRY**
**Attorney General**

**By:**  *s/ Jonathan M. Blake*
   _____
**Office of Attorney General**          **JONATHAN M. BLAKE**
**15th Floor, Strawberry Square**       **Senior Deputy Attorney General**
**Harrisburg, PA 17120**                **Attorney ID 307030**
**Phone: (717) 712-2037**

**jblake@attorneygeneral.gov**          **NICOLE R. DITOMO**
                                        **Chief Deputy Attorney General**
                                        **Civil Litigation Section**

**Date:  July 26, 2024**                **Counsel for Defendants**

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFFREY KRUG,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | **No. 4:18-CV-1669** |
| **v.** | **:** | |
| | **:** | **Judge Wilson** |
| **BLOOMSBURG UNIVERSITY,** | **:** | |
| **PENNSYLVANIA STATE SYSTEM** | **:** | **Electronically Filed Document** |
| **OF HIGHER EDUCATION,** | **:** | |
| **BASHAR HANNA** *and* **JAMES** | **:** | *Complaint Filed 08/22/18* |
| **KRAUSE,** | **:** | |
| | **:** | |
| **Defendants** | **:** | |

## CERTIFICATE OF SERVICE

I, Jonathan M. Blake, Senior Deputy Attorney General for the

Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that

on July 26, 2024, I caused to be served a true and correct copy of the foregoing

document titled Defendants' Proposed Voir Dire Questions to the following:

**<u>VIA ELECTRONIC FILING</u>**

**Barry H. Dyller, Esquire**
**Dyller & Solomon, LLC**
**88 North Franklin Street**
**Gettysburg House**
**Wilkes Barre, PA  18701**
**barry.dyller@dyllerlawfirm.com**
*Counsel for Plaintiff*

**Patrick T. O'Connell, Esquire**
**Law Office**
**24 West Main Street**
**Bloomsburg, PA  17815**
**pat@oconnell-law.com**
*Counsel for Plaintiff*

*s/ Jonathan M. Blake*
**JONATHAN M. BLAKE**
Senior Deputy Attorney General