### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY KRUG,** | : | |
| **Plaintiff** | : | |
| | : | **No. 4:18-CV-1669** |
| **v.** | : | |
| | : | **Judge Wilson** |
| **BLOOMSBURG UNIVERSITY,** | : | |
| **PENNSYLVANIA STATE SYSTEM** | : | **Electronically Filed Document** |
| **OF HIGHER EDUCATION,** | : | |
| **BASHAR HANNA** *and* **JAMES** | : | *Complaint Filed 08/22/18* |
| **KRAUSE,** | : | |
| | : | |
| **Defendants** | : | |

## DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

## COUNT I – TITLE IX RETALIATION

1. Did Plaintiff prove by a preponderance of the evidence that Defendant

   Bloomsburg University retaliated against him for engaging in protected

   activity, namely assisting in making a report of misconduct against

   President Hanna?

   Answer: _____ Yes            _____ No

   If you answered yes, proceed to 1(A).  If you answered no, proceed to

   question 2.

1 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Bloomsburg University's actions described in #1 caused an injury to Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 1(B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 2.

1 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Bloomsburg University's conduct described in #1.

Answer:

Back pay:                          $_____

Front pay:                         $_____

Other compensatory damages:        $_____

2. Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE retaliated against him for engaging in protected activity, namely assisting in making a report of misconduct against President Hanna?

2

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 2(A).  If you answered no, proceed to question 3.

2 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE's actions, as described in #2, caused an injury to Plaintiff?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 2 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 3.

2 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant PASSHE's conduct as described in #2.

Answer:

    Back pay:                                $_____

    Front pay:                               $_____

    Other compensatory damages:    $_____

## COUNT II – TITLE IX RETALIATION

3.  Did Plaintiff prove by a preponderance of the evidence that Defendant

Bloomsburg University retaliated against him for engaging in protected

activity, namely complaining of retaliation, under Title IX?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 3(A).  If you answered no, proceed to

question 4.

3 (A).  Did Plaintiff prove by a preponderance of the evidence that

Defendant Bloomsburg University's actions as described in #3 caused an

injury to Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 3 (B).  If you answered no, Plaintiff is

awarded nominal damages; proceed to question 4.

3 (B).  Please state the amount of damages that the Plaintiff has proven

by a preponderance of the evidence that will fairly compensate the

Plaintiff for any injury he actually sustained as a result of Defendant

Bloomsburg University's conduct as described in #3.

Answer:

   Back pay:                          $_____

Front pay:                                    $_____

Other compensatory damages:        $_____

4. Did Plaintiff prove by a preponderance of the evidence that Defendant

PASSHE retaliated against him for engaging in protected activity,

namely complaining of retaliation?

Answer: _____ Yes           _____ No

If you answered yes, proceed to 4 (A).  If you answered no, proceed to

question 5.

4 (A).  Did Plaintiff prove by a preponderance of the evidence that

Defendant PASSHE's actions as described in #4 caused an injury to

Plaintiff?

Answer: _____ Yes           _____ No

If you answered yes, proceed to 4 (B).  If you answered no, Plaintiff is

awarded nominal damages; proceed to question 5.

4 (B).  Please state the amount of damages that the Plaintiff has proven

by a preponderance of the evidence that will fairly compensate the

Plaintiff for any injury he actually sustained as a result of Defendant

PASSHE's conduct as described in #4.

Answer:

    Back pay:                        $_____

    Front pay:                        $_____

    Other compensatory damages:    $_____

## COUNT III – FIRST AMENDMENT RETALIATION

5. Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna retaliated against him for engaging in protected activity, namely assisting in making a report of misconduct and complaining of retaliation, under § 1983?

Answer: _____ Yes        _____ No

If you answered yes, proceed to 5 (A). If you answered no, proceed to question 6.

5 (A). Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna's actions as described in #5 caused an injury to Plaintiff?

Answer: _____ Yes        _____ No

If you answered yes, proceed to 5 (B). If you answered no, Plaintiff is awarded nominal damages; proceed to question 6.

5 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Hanna's conduct as described in #5.

Answer:

    Compensatory Damages:        $_____

    Punitive Damages:        $_____

6. Did Plaintiff prove by a preponderance of the evidence that Defendant Krause retaliated against him for engaging in protected activity, namely assisting in making a report of misconduct and complaining of retaliation, under § 1983?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 6 (A).  If you answered no, proceed to question 7.

6 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Krause's actions as described in #6 caused an injury to Plaintiff?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 6 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 7.

6 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Krause's conduct as described in #6.

Answer:

    Compensatory Damages:       $_____

    Punitive Damages:       $_____

## COUNT IV – CONSPIRACY TO FIRST AMENDMENT RETALIATION

7.  Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna entered a conspiracy to retaliate against him, under § 1983?

Answer:  _____ Yes      _____  No

If you answered yes, proceed to 7 (A).  If you answered no, proceed to question 8.

7 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna's actions as described in #7 caused an injury to Plaintiff?

Answer: \_\_\_\_\_ Yes         \_\_\_\_\_ No

If you answered yes, proceed to 7 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 8.

7 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Hanna's conduct as described in #7.

Answer:

   Compensatory Damages:            $_____

   Punitive Damages:                $_____

8.  Did Plaintiff prove by a preponderance of the evidence that Defendant Krause entered a conspiracy to retaliate against him, under § 1983?

Answer: \_\_\_\_\_ Yes         \_\_\_\_\_ No

If you answered yes, proceed to 8 (A).  If you answered no, proceed to question 9.

8 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Krause's actions as described in #8 caused an injury to Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 8 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 9.

8 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Krause's conduct as described in #8.

Answer:

    Compensatory Damages:               $_____

    Punitive Damages:                   $_____

## COUNT V – PENNSYLVANIA WHISTLEBLOWER LAW

9. Did Plaintiff prove by a preponderance of the evidence that Defendant Bloomsburg University retaliated against him for making a report of misconduct or waste under the Whistleblower Law?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 9 (A).  If you answered no, proceed to question 10.

9 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Bloomsburg University's actions as described in #9 caused an injury to Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 9 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 10.

9 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Bloomsburg University's conduct as described in #9.

Answer:

    Compensatory Damages:                $_____

    Punitive Damages:                $_____

10.  Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE retaliated against him for making a report of misconduct or waste under the Whistleblower Law?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 10 (A). If you answered no, proceed to question 11.

10 (A). Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE's actions as described in #10 caused an injury to Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 10 (B). If you answered no, Plaintiff is awarded nominal damages; proceed to question 11.

10 (B). Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant PASSHE's conduct as described in #10.

Answer:

    Compensatory Damages:          $_____

    Punitive Damages:          $_____

11. Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna retaliated against him for making a report of misconduct or waste under the Whistleblower Law?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 11 (A).  If you answered no, proceed to question 12.

11 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna's actions as described in #11 caused an injury to Plaintiff?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 11 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 12.

11 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Hanna's conduct as described in #11.

Answer:

   Compensatory Damages:              $_____

   Punitive Damages:                  $_____

12.  Did Plaintiff prove by a preponderance of the evidence that Defendant
Krause retaliated against him for making a report of misconduct or waste
under the Whistleblower Law?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 12 (A).  If you answered no, proceed to
question 13.

12 (A).  Did Plaintiff prove by a preponderance of the evidence that
Defendant Krause's actions as described in #12 caused an injury to
Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 12 (B).  If you answered no, Plaintiff is
awarded nominal damages; proceed to question 13.

12 (B).  Please state the amount of damages that the Plaintiff has proven
by a preponderance of the evidence that will fairly compensate the
Plaintiff for any injury he actually sustained as a result of Defendant
Krause's conduct as described in #12.

Answer:

       Compensatory Damages:              $_____

Punitive Damages:                    $_____

## **COUNT VII – TITLE VII RETALIATION**

13.  Did Plaintiff prove by a preponderance of the evidence that Defendant

Bloomsburg University retaliated against him for engaging in protected

activity, namely assisting in making a report of misconduct, under Title

VII?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 13 (A).  If you answered no, proceed to

question 14.

13 (A).  Did Plaintiff prove by a preponderance of the evidence that

Defendant Bloomsburg University's actions as described in #13 caused

an injury to Plaintiff?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 13 (B).  If you answered no, Plaintiff is

awarded nominal damages; proceed to question 14.

13 (B).  Please state the amount of damages that the Plaintiff has proven

by a preponderance of the evidence that will fairly compensate the

Plaintiff for any injury he actually sustained as a result of Defendant

Bloomsburg University's conduct as described in #13.

Answer:

    Back pay:                    $_____

    Front pay:                    $_____

    Other compensatory damages:    $_____

14. Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE retaliated against him for engaging in protected activity, namely assisting in making a report of misconduct, under Title VII?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 14 (A). If you answered no, proceed to question 15.

14 (A). Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE's actions as described in #14 caused an injury to Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 14 (B). If you answered no, Plaintiff is awarded nominal damages; proceed to question 15.

14 (B). Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the

Plaintiff for any injury he actually sustained as a result of Defendant

PASSHE's conduct as described in #14.

Answer:

    Back pay:                               $_____

    Front pay:                               $_____

    Other compensatory damages:    $_____

## **COUNT VIII – TITLE VII RETALIATION**

15. Did Plaintiff prove by a preponderance of the evidence that Defendant

Bloomsburg University retaliated against him for engaging in protected

activity, namely complaining of retaliation, under Title VII?

Answer: _____ Yes         _____ No

If you answered yes, proceed to 15 (A). If you answered no, proceed to

question 16.

15 (A). Did Plaintiff prove by a preponderance of the evidence that

Defendant Bloomsburg University's as described in #15 actions caused

an injury to Plaintiff?

Answer: _____ Yes         _____ No

If you answered yes, proceed to 15 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 16.

15 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Bloomsburg University's conduct as described in #15.

Answer:

Back pay:                                    $_____

Front pay:                                   $_____

Other compensatory damages:     $_____

16.  Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE retaliated against him for engaging in protected activity, namely complaining of retaliation, under Title VII?

Answer:  _____ Yes            _____ No

If you answered yes, proceed to 16 (A).  If you answered no, proceed to question 17.

16 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE's actions as described in #16 caused an injury to Plaintiff?

Answer:  _____  Yes          _____  No

If you answered yes, proceed to 16 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 17.

16 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant PASSHE's conduct as described in #16.

Answer:

Back pay:                              $_____

Front pay:                             $_____

Other compensatory damages:           $_____

## COUNT IX – CONSPIRACY TO DUE PROCESS VIOLATION

17.  Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna entered a conspiracy to violate his due process property rights in a tenured position, under § 1983?

Answer:  _____ Yes            _____ No

If you answered yes, proceed to 17 (A).  If you answered no, proceed to question 18.

17 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna's actions as described in #17 caused an injury to Plaintiff?

Answer:  _____ Yes            _____ No

If you answered yes, proceed to 17 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 18.

17 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Hanna's conduct as described in #17.

Answer:

    Compensatory Damages:            $_____

    Punitive Damages:                $_____

18.  Did Plaintiff prove by a preponderance of the evidence that Defendant Krause entered a conspiracy to violate his due process property rights in a tenured position, under § 1983?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 18 (A).  If you answered no, proceed to question 19.

18 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Krause's actions as described in #18 caused an injury to Plaintiff?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 18 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 19.

18 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Krause's conduct as described in #18.

Answer:

        Compensatory Damages:             $_____

Punitive Damages:                    $_____

## **COUNT XI – PHRA RETALIATION**

19.  Did Plaintiff prove by a preponderance of the evidence that Defendant Bloomsburg University retaliated against him for engaging in protected activity, namely assisting in making a report of misconduct, under the PHRA?

Answer: _____ Yes            _____ No

If you answered yes, proceed to 19 (A).  If you answered no, proceed to question 20.

19 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Bloomsburg University's actions as described in #19 caused an injury to Plaintiff?

Answer: _____ Yes            _____ No

If you answered yes, proceed to 19 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 20.

19 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Bloomsburg University's conduct as described in #19.

Answer:

    Back pay:                                 $_____

    Front pay:                                 $_____

    Other compensatory damages:      $_____

20. Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE retaliated against him for engaging in protected activity, namely assisting in making a report of misconduct, under the PHRA?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 20 (A).  If you answered no, proceed to question 21.

20 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE's actions as described in #20 caused an injury to Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 20 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 21.

20 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the

Plaintiff for any injury he actually sustained as a result of Defendant PASSHE's conduct as described in #20.

Answer:

Back pay:                              $_____

Front pay:                             $_____

Other compensatory damages:            $_____

21. Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna retaliated against him for engaging in protected activity, namely assisting in making a report of misconduct, under the PHRA?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 21 (A).  If you answered no, proceed to question 22.

21 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Hanna's actions as described in #21 caused an injury to Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 21 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 22.

21 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Bloomsburg University's conduct as described in #21.

Answer:

    Back pay:                      $_____

    Front pay:                     $_____

    Other compensatory damages:    $_____

22.  Did Plaintiff prove by a preponderance of the evidence that Defendant Krause retaliated against him for engaging in protected activity, namely assisting in making a report of misconduct, under the PHRA?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 22 (A).  If you answered no, proceed to question 23.

22 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Krause's actions as described in #22 caused an injury to Plaintiff?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 22 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 23.

22 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Krause's conduct as described in #22.

Answer:

    Back pay:                           $_____

    Front pay:                         $_____

    Other compensatory damages:    $_____

## COUNT XII – PHRA RETALIATION

23.  Did Plaintiff prove by a preponderance of the evidence that Defendant Bloomsburg University retaliated against him for engaging in protected activity, namely complaining of retaliation, under the PHRA?

Answer:  _____ Yes          _____ No

If you answered yes, proceed to 23 (A).  If you answered no, proceed to question 24.

23 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant Bloomsburg University's actions as described in #23 caused an injury to Plaintiff?

Answer:  _____  Yes           _____  No

If you answered yes, proceed to 23 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 24.

23 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant Bloomsburg University's conduct as described in #23.

Answer:

Back pay:                              $_____

Front pay:                             $_____

Other compensatory damages:           $_____

24.  Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE retaliated against him for engaging in protected activity, namely complaining of retaliation, under the PHRA?

Answer:  _____  Yes           _____  No

If you answered yes, proceed to 24 (A).  If you answered no, proceed to question 25.

24 (A).  Did Plaintiff prove by a preponderance of the evidence that Defendant PASSHE's actions as described in #24 caused an injury to Plaintiff?

Answer:  _____  Yes          _____  No

If you answered yes, proceed to 24 (B).  If you answered no, Plaintiff is awarded nominal damages; proceed to question 25.

24 (B).  Please state the amount of damages that the Plaintiff has proven by a preponderance of the evidence that will fairly compensate the Plaintiff for any injury he actually sustained as a result of Defendant PASSHE's conduct as described in #24.

Answer:

    Back pay:                                $_____

    Front pay:                               $_____

    Other compensatory damages:      $_____

25.  Did Plaintiff prove by a preponderance of the evidence that Defendant

Hanna retaliated against him for engaging in protected activity, namely

complaining of retaliation, under the PHRA?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 25 (A).  If you answered no, proceed to

question 26.

25 (A).  Did Plaintiff prove by a preponderance of the evidence that

Defendant Hanna's actions as described in #25 caused an injury to

Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 25 (B).  If you answered no, Plaintiff is

awarded nominal damages; proceed to question 26.

25 (B).  Please state the amount of damages that the Plaintiff has proven

by a preponderance of the evidence that will fairly compensate the

Plaintiff for any injury he actually sustained as a result of Defendant

Hanna's conduct as described in #25.

Answer:

    Back pay:                              $_____

Front pay:                        $_____

Other compensatory damages:       $_____

26.  Did Plaintiff prove by a preponderance of the evidence that Defendant

Krause retaliated against him for engaging in protected activity, namely

complaining of retaliation, under the PHRA?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 26 (A).  If you answered no, proceed to

the last page, have the foreperson sign this verdict form, and return your

verdict.

26 (A).  Did Plaintiff prove by a preponderance of the evidence that

Defendant Krause's actions as described in #26 caused an injury to

Plaintiff?

Answer: _____ Yes          _____ No

If you answered yes, proceed to 26 (B).  If you answered no, Plaintiff is

awarded nominal damages; proceed to the last page, have the foreperson

sign this verdict form, and return your verdict.

26 (B).  Please state the amount of damages that the Plaintiff has proven

by a preponderance of the evidence that will fairly compensate the

Plaintiff for any injury he actually sustained as a result of Defendant

Krause's conduct as described in #26.

Answer:

    Back pay:                     $_____

    Front pay:                     $_____

    Other compensatory damages:    $_____

_____

                        FOREPERSON

      DATE: _____

Respectfully submitted,

**MICHELLE A. HENRY**
**Attorney General**


By: *s/ Jonathan M. Blake*

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 712-2037**

**JONATHAN M. BLAKE**
**Senior Deputy Attorney General**
**Attorney ID 307030**

**NICOLE R. DITOMO**
**Chief Deputy Attorney General**
**Civil Litigation Section**

**jblake@attorneygeneral.gov**

**Date:  July 26, 2024**

**Counsel for Defendants**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY KRUG,** | : | |
| **Plaintiff** | : | |
| | : | **No. 4:18-CV-1669** |
| **v.** | : | |
| | : | **Judge Wilson** |
| **BLOOMSBURG UNIVERSITY,** | : | |
| **PENNSYLVANIA STATE SYSTEM** | : | **Electronically Filed Document** |
| **OF HIGHER EDUCATION,** | : | |
| **BASHAR HANNA** *and* **JAMES** | : | *Complaint Filed 08/22/18* |
| **KRAUSE,** | : | |
| | : | |
| **Defendants** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Jonathan M. Blake, Senior Deputy Attorney General for the

Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that

on July 26, 2024, I caused to be served a true and correct copy of the foregoing

document titled Defendants' Proposed Special Verdict Form to the following:

**VIA ELECTRONIC FILING**

**Barry H. Dyller, Esquire**          **Patrick T. O'Connell, Esquire**
**Dyller & Solomon, LLC**            **Law Office**
**88 North Franklin Street**          **24 West Main Street**
**Gettysburg House**                **Bloomsburg, PA  17815**
**Wilkes Barre, PA  18701**          **pat@oconnell-law.com**
**barry.dyller@dyllerlawfirm.com**   *Counsel for Plaintiff*
*Counsel for Plaintiff*

                        *s/ Jonathan M. Blake*
                        **JONATHAN M. BLAKE**
                        Senior Deputy Attorney General