# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | : | Civil No. 4:18-CV-1669 |
| Plaintiff, | : | |
| v. | : | |
| BLOOMSBURG UNIVERSITY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of August 2024, after review of Plaintiff's motion to exclude Defendants' exhibits, Doc. 153, and a telephone conference with both parties, **IT IS ORDERED** that the trial exhibits of both parties shall be exchanged by **close of business (5:00 p.m.) today, August 6, 2024**, in the form the exhibits will be introduced at trial with the exhibits numbered as indicated in each party's exhibit list.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania