# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | : | Civil No. 4:18-CV-1669 |
| Plaintiff, | : | |
| v. | : | |
| BLOOMSBURG UNIVERSITY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of August, 2024, after consideration of Plaintiff's motion to declare policy PRP 4789 unconstitutional, Doc. 148, **IT IS ORDERED** that the motion is **DENIED** without reaching the merits because the motion is untimely.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania