# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | : | Civil No. 4:18-CV-1669 |
| Plaintiff, | : | |
| v. | : | |
| BLOOMSBURG UNIVERSITY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of August, 2024, after a phone conference with both parties to address the letter filed by Plaintiff's counsel, Doc. 146, the court issues this order clarifying one aspect of the court's previous Order resolving Bloomsburg University's motion *in limine*. (Doc. 142.) The court has been asked to clarify the language at p. 4 of that Order, which states: "Plaintiff can tell the story of reporting Dr. Hanna's alleged misconduct and being retaliated against for that reporting without getting into the details of what specifically was reported as alleged misconduct." The clarification is that the parties may elicit the fact that the alleged misconduct was in the form of sexual harassment or discrimination and financial wrongdoing or waste. The parties may <u>not</u> elicit testimony regarding the specific actions that give rise to these allegations.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania