# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | : | Civil No. 4:18-CV-1669 |
| Plaintiff, | : | |
| v. | : | |
| BLOOMSBURG UNIVERSITY, *et al.*, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of August, 2024, at the request of Defendants, the court **ORDERS** the following pursuant to Federal Rule of Evidence 615 for the trial in this matter:

1) All fact and expert witnesses shall be excluded from the courtroom so that they can not hear other witnesses' testimony;[1]

2) Plaintiff and Defendants are prohibited from disclosing trial testimony to excluded witnesses; and

3) Plaintiff and Defendants are prohibited from allowing excluded witnesses to access trial testimony.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] Pursuant to Fed. R. Evid. 615(a), the persons excluded shall NOT include the parties.