# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | : | Civil No. 4:18-CV-1669 |
| Plaintiff, | : | |
| v. | : | |
| BLOOMSBURG UNIVERSITY, *et al.*, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of August, 2024, the motion *in limine* filed by Defendants, Doc. 128, regarding testimony about certain individual's lack of involvement with Bloomsburg University after the termination of Dr. Krug's employment is **GRANTED IN PART AND DENIED IN PART** for the reasons stated on the record at the pre-trial conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
