IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KRUG, | : | Civil No. 4:18-CV-1669 |
| Plaintiff, | : | |
| v. | : | |
| BLOOMSBURG UNIVERSITY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## VERDICT FORM

1. Do you find by a preponderance of the evidence that any of the following Defendants retaliated against Dr. Krug for assisting in reporting sexual harassment and/or financial wrongdoing against Dr. Hanna and/or complaining about retaliation against Dr. Krug for reporting sexual harassment, in violation of his First Amendment rights under § 1983?

   Dr. Bashar Hanna                          Yes ✓    No ___

   Dr. James Krause                          Yes ✓    No ___

*Regardless of your answer Question 1, proceed to Question 2.*

2. Do you find by a preponderance of the evidence that any of the following Defendants deprived Dr. Krug of his property interest in his continued employment without due process under § 1983?

   Dr. Bashar Hanna                          Yes ✓    No ___

   Dr. James Krause                          Yes ✓    No ___

*Regardless of your answer Question 2, proceed to Question 3.*

1

3. Do you find by a preponderance of the evidence that any of the following Defendants deprived Dr. Krug of his liberty interest in his reputation, under § 1983?

   Dr. Bashar Hanna                                      Yes ✓   No ____

   Dr. James Krause                                      Yes ✓   No ____

*Regardless of your answer Question 3, proceed to Question 4.*

4. Do you find by a preponderance of the evidence that any of the following Defendants retaliated against Dr. Krug for assisting in making a report of sexual harassment against Dr. Hanna, under Title VII?

   Bloomsburg University                                 Yes ✓   No ____

   Pennsylvania State System of Higher Education         Yes ✓   No ____

*Regardless of your answer Question 4, proceed to Question 5.*

5. Do you find by a preponderance of the evidence that any of the following Defendants retaliated against Dr. Krug for complaining of retaliation for assisting in reporting sexual harassment, under Title VII?

   Bloomsburg University                                 Yes ✓   No ____

   Pennsylvania State System of Higher Education         Yes ✓   No ____

*Regardless of your answer Question 5, proceed to Question 6.*

6. Do you find by a preponderance of the evidence that any of the following Defendants retaliated against Dr. Krug for assisting in making a report of sexual harassment against President Hanna, under Title IX?

   Bloomsburg University                                 Yes ✓   No ____

   Pennsylvania State System of Higher Education         Yes ✓   No ____

*Regardless of your answer Question 6, proceed to Question 7.*

7. Do you find by a preponderance of the evidence that any of the following Defendants retaliated against Dr. Krug for complaining of retaliation for assisting in making a report of sexual harassment against Dr. Hanna, under Title IX?

   Bloomsburg University                              Yes ✓   No ___

   Pennsylvania State System of Higher Education      Yes ✓   No ___

*Regardless of your answer Question 7, proceed to Question 8.*

8. Do you find by a preponderance of the evidence that any of the following Defendants retaliated against Dr. Krug for assisting in making a report of sexual harassment against Dr. Hanna, under the PHRA?

   Bloomsburg University                              Yes ✓   No ___

   Pennsylvania State System of Higher Education      Yes ✓   No ___

   Dr. Bashar Hanna                                   Yes ✓   No ___

   Dr. James Krause                                   Yes ✓   No ___

*Regardless of your answer Question 8, proceed to Question 9.*

9. Do you find by a preponderance of the evidence that any of the following Defendants retaliated against Dr. Krug for complaining of retaliation for assisting in reporting sexual harassment, under the PHRA?

   Bloomsburg University                              Yes ✓   No ___

   Pennsylvania State System of Higher Education      Yes ✓   No ___

   Dr. Bashar Hanna                                   Yes ✓   No ___

   Dr. James Krause                                   Yes ✓   No ___

*Regardless of your answer to Question 9, proceed to Question 10.*

10. Do you find by a preponderance of the evidence that any of the following Defendants retaliated against Dr. Krug for making a report of wrongdoing or waste under the Pennsylvania Whistleblower Law?

    Bloomsburg University                               Yes ✓   No ___

    Pennsylvania State System of Higher Education       Yes ✓   No ___

    Dr. Bashar Hanna                                    Yes ✓   No ___

    Dr. James Krause                                    Yes ✓   No ___

*If you answered "Yes" to any question above, please proceed to Question 11.*

11. Did any of the following Defendants cause harm to Dr. Krug?

    Bloomsburg University                               Yes ✓   No ___

    Pennsylvania State System of Higher Education       Yes ✓   No ___

    Dr. Bashar Hanna                                    Yes ✓   No ___

    Dr. James Krause                                    Yes ✓   No ___

*If you answered "Yes" as to any Defendant, please proceed to questions 12–15. If you answered "No" to any Defendant, Dr. Krug is awarded nominal damages from that Defendant. If you answer, "No" as to all Defendants, sign and date this form and return to the courtroom.*

12. Is Dr. Krug entitled to back pay as a result of any Defendants' conduct?

    Yes ✓           No ___

If your answer is "Yes," what amount of back pay is Dr. Krug entitled?

$ 1,008,549

*Regardless of your answer to Question 12, proceed to Question 13.*

4

13. Is Dr. Krug entitled to front pay as a result of any Defendants' conduct?

Yes ✓         No ____

If your answer is "Yes," what amount of front pay is Dr. Krug entitled?

$ 775,589

*Regardless of your answer to Question 13, proceed to Question 14.*

14. Did Dr. Krug experience emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and/or other non-pecuniary loss ("pain and suffering") as a result of any Defendants' conduct?

Yes ✓         No ____

If your answer is "Yes," what amount of money will compensate Dr. Krug for his pain and suffering?

$ 1,500,000

*Regardless of your answer to Question 14, please proceed to Question 15.*

15. Did either of the following Defendants act with malice or reckless indifference to Dr. Krug's federally protected rights under § 1983 or Title VII?

Dr. Bashar Hanna                               Yes ✓  No ____

Dr. James Krause                               Yes ✓  No ____

If you answered "Yes" as to either defendant, enter the amount of punitive damages you award to Dr. Krug against that Defendant.

Dr. Bashar Hanna        $ 450,000

Dr. James Krause        $ 200,000

5

*Sign and date this form and return to the courtroom.*

███████████████████████████        8/20/24
**Foreperson**                      **Date**