AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| JEFFREY KRUG | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:18-CV-01669 |
| BLOOMSBURG UNIVERSITY, ET AL. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Dr. Krug is awarded $1,008,549 in back pay and $775,589 in front pay. Dr. Krug is further awarded $1,500,000 for pain and suffering, $450,000 in punitive damages as to Dr. Bashar Hanna, and $200,000 in punitive damages as to Dr. James Krause.

This action was *(check one)*:

☑ tried by a jury with Judge Jennifer P. Wilson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: August 21, 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*