IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY KRUG, : | |
| **Plaintiff** : | |
| : | No. 4:18-CV-1669 |
| v. : | |
| : | Judge Wilson |
| BLOOMSBURG UNIVERSITY, : | |
| PENNSYLVANIA STATE : | Electronically Filed Document |
| SYSTEM OF HIGHER : | |
| EDUCATION, BASHAR HANNA : | *Complaint Filed 08/22/18* |
| *and* JAMES KRAUSE, : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this   3rd   day of   October   , 2024, upon consideration of the Defendants' Motion for Extension of Time to File Brief in Support of Post-Trial Motions, it is hereby ORDERED that the Motion is GRANTED.  Defendants shall file their Brief in Support of their previously filed Post-Trial Motion within thirty days of the finalization of the trial transcripts. Additionally, the determination of whether interest will accrue during this time will be determined after briefing and the briefing should address this issue.

                                                  s/ Jennifer P. Wilson
                                                  **Jennifer P. Wilson**
                                                  **United States District Judge**